UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

DAVID EWING TOMLINSON                                              PLAINTIFF

VS                                    CIVIL ACTION NO.: 5:21-cv-34-TBR

TRIGG COUNTY, KENTUCKY
d/b/a TRIGG COUNTY SHERIFF'S OFFICE
    Serve:    Hollis L. Alexander
                 Trigg County Judge/Executive
                 38 Main Street
                 Cadiz, KY  42211

AND

TRIGG COUNTY SHERIFF
AARON ACREE, IN HIS OFFICIAL CAPACITY
    Serve:    Trigg County Sheriff Aaron Acree
                 134 Commerce Street
                 Cadiz, KY  42211

                                                                                                     DEFENDANTS

*Electronically Filed*

**COMPLAINT**
**JURY TRIAL DEMANDED**

---

    Comes now the Plaintiff, David Ewing Tomlinson, by counsel, and files this action to recover damages for violations of his rights under the Fair Labor Standards Act against the Defendants, Trigg County, Kentucky, Trigg County Sheriff's Office and Trigg County Sheriff

Aaron Acree, in his official capacity. In support of this cause, the Plaintiff will show unto the Court the following facts, to wit:

1. Plaintiff, David Ewing Tomlinson is an adult male resident of Trigg County, Kentucky, residing at 1244 N. Tanyard Road, Cadiz, Kentucky 42211.

2. The Defendants are Trigg County, Kentucky, the Trigg County Sheriff's Office and Aaron Acree, Sheriff of Trigg County, Kentucky, in his official capacity. Trigg County is a political subdivision of the Commonwealth of Kentucky.

## JURISDICTION AND VENUE

3. This Court has Federal Question Jurisdiction and venue is proper pursuant to 28 U.S.C.§ 1331 and 29 U.S.C. §216(b).

## STATEMENT OF THE FACTS

4. Plaintiff was employed by Trigg County, Kentucky, Sheriff's Office ("TCSO"), a law enforcement agency of the political subdivision of Trigg County beginning February, 2016.

5. Plaintiff was employed as a deputy sheriff with sworn law enforcement duties, including powers to arrest, and meets the designation of an employee "… in law enforcement activities" pursuant to 29 C.F.R. §533.211(c).

6. From March 1, 2019 until September 1, 2020, Plaintiff was a K-9 Officer handler who took his K-9 Officer dog, Krator, home every night.

7. Plaintiff met with the then Trigg County Sheriff, Jason Raines, to discuss Plaintiff's request for overtime compensation for his at-home training, grooming, feeding,

exercising, cleaning of his pen and overall care of his K-9 Officer but Plaintiff never received any pay for his at-home time with his dog, approximately 546 hours of overtime.

8. On September 1, 2020, Defendant, Sheriff Acree became Sheriff and terminated Plaintiff's employment.

## CAUSES OF ACTION

### COUNT I

### VIOLATION OF THE FAIR LABOR STANDARDS ACT

9. Plaintiff was entitled to overtime pay for at-home time spent training, grooming, feeding, exercising, cleaning of his pen and overall care of his K-9 Officer partner for the benefit of the Defendant, TCSO.

10. Defendant TCSO willfully and intentionally refused to pay Plaintiff the overtime pay to which he is entitled under the Fair Labor Standards Act and settled case law.

### COUNT II

### VIOLATION OF KRS 337.385

11. Plaintiff worked a 40 hour workweek at the Defendant TCSO in addition to the at-home care for his K-9 Officer partner.

12. Plaintiff met on two occasions with the then Trigg County Sheriff about receiving the requested overtime pay for at-home care of his K-9 Officer partner.

13. Defendant TCSO willfully and intentionally refused to pay Plaintiff the overtime pay even after having had discussions with Plaintiff, in violation of KRS 337.385.

### PRAYER FOR RELIEF

14. WHEREFORE PREMISES CONSIDERED, Plaintiff respectfully prays that upon hearing of this matter, the Plaintiff be granted the following relief in an amount to be determined:

(a)     Unpaid Overtime Compensation earned for at-home care of his K-9 Officer;

(b)     Liquidated Damages;

(c)     Attorney's fees;

(d)     All Costs and Expenses; and

(e)     All other Damages and Relief as may be proper and appropriate.

This the 24th day of February, 2021.

Respectfully Submitted,

David Ewing Tomlinson

By: /S/ DAVID D. FULLER
David D. Fuller
Ky Bar # 82289

Attorney for Plaintiff:
David D. Fuller
KY Bar # 82289
1015 S. Fourth Street
Louisville, KY 40203
Office: 502-634-1300
Fax: (502)k 584-2432
email: ddfuller@hotmail.com